UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

KENNETH E. MAHAFFY, JR.,
TIMOTHY J. O'CONNELL,
DAVID G. GHYSELS, JR.,
ROBERT F. MALIN,
LINUS NWAIGWE, and
KEVIN H. LEONARD,

                         Defendants.
---------------------------------------------------------x

NOT FOR PUBLICATION

ORDER
05-CR-613 (JG) (SMG)

JOHN GLEESON, United States District Judge:

       I have reviewed Judge Gold's thorough report and recommendation dated November 2, 2010 (see docket entry 929) and the defendants' objections thereto. Finding no merit in the objections, I accept Judge Gold's recommendation. The Preliminary Order of Forfeiture (see docket entry 780-1) shall be issued and docketed separately, and the parties' stipulation and restraining order (see docket entry 880-1) is hereby "so ordered."

       As for the government's objection, I do not regard the pending appeal as an impediment to my clarifying that it was my intention at the time the sentences were imposed that the Watley defendants' liability to make restitution be joint and several.

       So ordered.

       John Gleeson, U.S.D.J.

Dated: February 2, 2011
       Brooklyn, New York